UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:18-CR-28-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | |
| TRAWN JOVAL RODGERS, ) | |
|     Defendant. ) | |

Upon motion of the defendant, by and through counsel, it is hereby ORDERED that docket entry No. 28 and its accompanying Order.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to Defendant's Counsel.

SO ORDERED this 25th day of January, 2019.

_____
THE HONORABLE LOUISE FLANAGAN
UNITED STATES DISTRICT COURT JUDGE